UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: | Case No. 15 B 36758
Corey D Shannon
Ruth S Shannon
      Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/29/2015.

2) The plan was confirmed on 01/11/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/27/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2017.

5) The case was Dismissed on 07/05/2017.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,461.52 |
| Less amount refunded to debtor | $250.00 |
| **NET RECEIPTS:** | **$4,211.52** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,650.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $178.14 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,828.14** |

Attorney fees paid and disclosed by debtor:   $750.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ad Astra Rec | Unsecured | 2,409.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Rec | Unsecured | 2,394.00 | NA | NA | 0.00 | 0.00 |
| Aes/goal Financial | Unsecured | 35,998.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| American Credit Acceptance | Unsecured | 7,653.00 | 7,782.14 | 7,782.14 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1.00 | 1,892.16 | 1,892.16 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 7,008.06 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| Brookwood Loans of Illinois LLC | Unsecured | 0.00 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 9,795.00 | 9,795.14 | 9,795.14 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 538.00 | 1,023.16 | 1,023.16 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 502.00 | 1,017.16 | 1,017.16 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 494.00 | 494.06 | 494.06 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 438.00 | 438.07 | 438.07 | 0.00 | 0.00 |
| CCAP Auto Lease Ltd | Unsecured | 0.00 | 57,586.45 | 57,586.45 | 0.00 | 0.00 |
| CCI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Law | Unsecured | 18,714.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking Tickets | Unsecured | 6,939.17 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 4,731.40 | 5,456.94 | 5,456.94 | 0.00 | 0.00 |
| Consumer Recovery Assoc LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DePaul University | Unsecured | 0.00 | 2,686.00 | 2,686.00 | 0.00 | 0.00 |
| Diversified | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 83,287.00 | 69,798.35 | 69,798.35 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 107,124.95 | 107,124.95 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Enhancrcvrco | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Enhancrcvrco | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Greenline Loans | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Harley-Davidson Credit Corp. | Unsecured | 5,369.29 | 5,369.29 | 5,369.29 | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | 1,193.41 | 1,193.41 | 270.35 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | 498.92 | 498.92 | 113.03 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 706.23 | 706.23 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1.00 | 481.39 | 481.39 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cassel LLC | Unsecured | 5,349.21 | 5,349.21 | 5,349.21 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,116.72 | 1,116.72 | 1,116.72 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,808.00 | 2,803.73 | 2,803.73 | 0.00 | 0.00 |
| Prog Finance LLC | Unsecured | 0.00 | 1,716.71 | 1,716.71 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 130.69 | NA | NA | 0.00 | 0.00 |
| Send Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 2,344.62 | 569.26 | 569.26 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 1,775.36 | 1,775.36 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Tx Guar Std | Unsecured | 2,915.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,691.00 | 1,700.97 | 1,700.97 | 0.00 | 0.00 |
| Village of Oak Lawn | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $498.92 | $113.03 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,193.41 | $270.35 | $0.00 |
| **TOTAL PRIORITY:** | **$1,692.33** | **$383.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$288,173.45** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,828.14 |
| Disbursements to Creditors | $383.38 |
| **TOTAL DISBURSEMENTS :** | **$4,211.52** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2018          By: /s/ Marilyn O. Marshall
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**